IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY XAVIER FIELDS
ADC #151707                                                                                    PLAINTIFF

v.                              No. 4:24-cv-434-DPM

S. BROWN, Transportation, Pulaski
County Regional Detention Facility;
J. MILLER, Transportation, Pulaski
County Regional Detention Facility;
E. HESTER, Transportation, Pulaski
County Regional Facility;  and
ERIC HIGGINS, Sheriff                                                                          DEFENDANTS

## JUDGMENT

Fields's amended complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2024